UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRICE,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:22-cv-1016 JLT SAB<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 14)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF DANIEL TRICE AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Daniel Trice and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on February 6, 2023.  (Doc. 14.)  Pursuant to the terms of the stipulation, an "ALJ will offer Plaintiff the opportunity for a new hearing, take further action to complete the administrative record, and issue a new decision."  (*Id*. at 2.)  In particular, the parties agree the ALJ will re-evaluate Plaintiff's subjective statements and the medical evidence, including the opinion of Spencer Packer, PA-C; "continue the sequential evaluation process;" and obtain vocational expert testimony as is warranted.  (*Id.*)  Finally, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner.  (*Id*.) Based upon the terms of the stipulation, the Court **ORDERS**:

   1.   The matter is **REMANDED** for further administrative proceedings under sentence four

1

of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 12) is terminated as **MOOT**.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Daniel Trice and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 13, 2023**

UNITED STATES DISTRICT JUDGE